IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JULIANNE LOCKE,

Plaintiff

v.

HAMPTON INN,

Defendant.                                          No. 08-0018-DRH

-------------------------------------------------------------------------------------------------------------------

JULIANNE LOCKE,

Plaintiff,

v.

HAMPTON INN,

Defendant,                                          No. 08-0168DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion to consolidate (Doc. 8). Defendant moves to consolidate these two cases as the lawsuits arise out of the same facts.[1] The Court agrees. Accordingly, the Court **GRANTS** the motion and

---

[1] On January 8, 2008, Locke filed her first suit against Hampton Inn, her former employer, alleging that Hampton Inn refused to increase her hours at work because she is a Native American. Thereafter on March 5, 2008, Locke filed another suit against Hampton Inn alleging that Hampton Inn retaliated against her for filing a charge of discrimination against it.

**CONSOLIDATES** these cases. All further pleadings shall bear case number 08-cv-0018-DRH.

**IT IS SO ORDERED.**

Signed this 30th day of April, 2008.

/s/      David R Herndon

**Chief Judge
United States District Court**